No. 71–473. WEG v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–1298. CAVALIERI v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–5327. KEILLY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–5795. PARK v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5918. CHERRY v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–5941. CARTER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–6320. WHITE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–6353. KELLEY v. UNITED STATES; and
No. 71–6411. MACDONALD v. UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Reported below: 455 F. 2d 1259.